JAN - 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA RIVAS ALVAREZ,<br><br>    Defendant. | Criminal Case No. 08CR008-W<br><br>INFORMATION<br><br>Title 18, U.S.C., Sec. 1544-<br>Misuse of Passport (Felony) |

The United States Attorney charges:

On or about December 3, 2007, within the Southern District of California, defendant MARIA RIVAS ALVAREZ, did willfully and knowingly use and attempted to use a United States passport issued and designed for the use of another in the following manner, to wit; defendant presented a United States passport to a federal officer, claiming to be Rosa A. Paredes, a United States citizen, knowing full well that she was not, to gain entry into the United States; in violation of Title 18, United States Code, Section 1544.

DATED: January 2, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:lml  12/20/07