AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARIA RIVAS ALVAREZ

WAIVER OF INDICTMENT

CASE NUMBER: 08CR008-W

I, <u>MARIA RIVAS ALVAREZ</u>, the above named defendant, who is accused of violating Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1-2-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

*Maria Guadalupe Rivas Alvarez*
MARIA RIVAS ALVAREZ
Defendant

JOHN R. FIELDING
Counsel for Defendant

Before _____
JUDICIAL OFFICER